IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01873-RPM

BAYOU CITY BROADCASTING EVANSVILLE, INC.,

    Plaintiff,
v.

DISH NETWORK L.L.C.,

    Defendant.

_____

ORDER SETTING ASIDE ORDER TO SHOW CAUSE AND GRANTING MOTION TO
FILE AMENDED COMPLAINT
_____

Upon review of Plaintiff's Unopposed and Verified Response to the Court's *Sua Sponte* Order and Motion for Leave to File Amended Complaint [Doc. 8], it is

ORDERED that the Order to Show Cause entered on September 2, 2015, by Judge Philip A. Brimmer is discharged, and it is

FURTHER ORDERED that the First Amended Civil Complaint tendered as Doc. 8-3 is accepted for filing.

DATED: September 17th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge